# United States Court of Appeals
## For the First Circuit

No. 12-2057

IN RE: JULIO CARTAGENA,

Petitioner.

Before

Torruella, Boudin and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  November 2, 2012

In view of the district court's October 18, 2012 order scheduling a hearing for November 16, 2012, the petition for writ of mandamus is <u>denied</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
Julio Cartagena
Dina Chaitowitz
Neil Gallagher, Jr.
David Tobin